JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chris Langer | Case No. CV 17-01519-AB (GJSx) |
| Plaintiff, | |
| v. | ORDER DISMISSING CIVIL ACTION |
| East West Capital Fund LLC et al | |
| Defendants. | |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within __60_days,__ to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: June 27, 2017       _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE